

<u>VIA E-MAIL</u>

April 21, 2023

CuffCuffCuff Inc / Robert Cuff

Cc: Jason Armstrong, Cameron Goodrich

**Re: "Salvation" Feature Length Motion Picture // Net Profit Participation**

This agreement dated as of April 21, 2023 ("Agreement") is by and among Salvation Film, LLC and CuffCuffCuff Inc ("Cuff") the feature film project entitled "Salvation" (the "Project"). WLAD and Cuff shall sometimes be referred to as a "Party" or as the "Parties."

For good and valuable consideration, the receipt and sufficiency of which is acknowledged and agreed, the Parties agree as follows regarding the Project.

1. Cuff shall be entitled to contingent compensation ("Back End") of 3% of 100% of net profits from exploitation of the Project. Net Profits defined the same for the Cuffs and for all net profit participants.

2. Each Party hereby warrants and represents to the other Parties (A) that the warranting Party has the full right and power to exclusively grant all rights and to fully perform all obligations set forth herein and in any Third Party Agreement, (B) that no rights are held or otherwise encumbered by any other party in or to the Project except as expressly set forth herein, and (C) that the warranting Party has not entered into and will not enter into any agreement that will materially interfere or conflict with the rights granted or obligations assumed under this Agreement to the other Parties.

3. This Agreement may be executed in any number of counterparts, which will, collectively and separately, constitute one binding agreement (provided that all Parties sign a copy) and will be executed by hand, facsimile, electronically or digitally scanned (e.g., pdf);

such execution will be binding upon the Parties and their respective successors, licensees, designees, and assigns.

4. Any dispute arising from or relating to this Agreement will be governed by the laws of Massachusetts applicable to agreements entered into and wholly performed therein and subject to jurisdiction and exclusive venue in Massachusetts. Unless a more formal agreement is executed, this Agreement will be a legally binding agreement between the Parties.

5. The following credits shall be accorded (subject to approval by third party financiers, distributors, and/or sales agents):

"Special Thanks":

Robert Cuff

SIGNATURES ON NEXT PAGE

IN WITNESS WHEREOF, the Parties have caused this Agreement to be executed as of the date first above written.

**Salvation Film, LLC**

By: *Rob Goodrich*

Name: Rob Goodrich

Title: Manager, Duly-Authorized          Date: 8/02/23

**CuffCuffCuff Inc.**

By: *[signature]*

Name: Robert Cuff / CuffCuffCuff Inc.

Title: President          Date: 08/01/2023

3