3:29 

 

Cam >

Dec 16, 2022 at 9:49 AM

Yo. Am I still getting that Co-Ep credit on Squealer?

Didn't see it anywhere



What up man - pretty sure, yes, but let me double check just to make sure. That's Rob / Jay's world

It's actually a full EP credit



Moving on up!

Do you know where that's listed? Didn't see it on IMDB

I don't know if final credit list has been submitted to IMDB yet, but will ask

Just was told IMDb - no prob, you will be included, just hasn't been fully submitted. As for credit in actual film, it was

 iMessage 

3:29



Cam >

I don't know if final credit list has been submitted to IMDB yet, but will ask

Just was told IMDb - no prob, you will be included, just hasn't been fully submitted. As for credit in actual film, it was submitted by WLAD on a shared EP card. I have to say that ultimately, the final position of credits is up to the discretion of Lionsgate tho

Sounds good. Thanks man

Of course man. Thank You guys for your patience with us and this entire process. Certainly want to stress that we Never intended or expected for it to go this long, but are very excited to close things out and get everything taken care of for everyone involved

iMessage